# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACQUELINE MAPLE-RAMIREZ,**

        **Plaintiff,**

**-vs-**                                                      Case No. 6:10-cv-378-Orl-31KRS

**NEWBORN BLOOD BANKING, INC.,**

        **Defendant.**

_____

## ORDER

      This matter comes before the Court on the Motion to Dismiss or Transfer (Doc. 8) filed by the Defendant. After reviewing the motion, the Court finds that the transfer issue needs to be resolved prior to the amount in controversy issue. Accordingly, it is hereby

      **ORDERED** that on or before April 19, 2010, the Plaintiff shall file a brief, not to exceed five pages in length, addressing the issue of whether this matter is due to be transferred to the Tampa Division pursuant to Local Rule 1.02(c).

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 14, 2010.

                                                        GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party