**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACQUELINE MAPLE-RAMIREZ,

        Plaintiff,

-vs-                                          Case No. 6:10-cv-378-Orl-31KRS

NEWBORN BLOOD BANKING, INC.,

        Defendant.
_____

# ORDER

This matter comes before the Court on the Plaintiff's response (Doc. 12) to this Court's order (Doc. 11) requiring additional briefing on the transfer issue set forth in the Defendant's motion (Doc. 8) to dismiss or for transfer. The Plaintiff asserts that, pursuant to Local Rule 1.02(c), the instant suit should have been filed in the Tampa Division, and that she does not oppose the Defendant's effort to transfer this case to that division. (Doc. 12 at 1). Accordingly, it is hereby

**ORDERED** that this case is transferred to the Tampa Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 20, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE